**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __20-MJ-6000-MPK__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Rafael Torres__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) __California__

Birth date (Yr only): __1980__    SSN (last4#): _____    Sex __M__    Race: __Hispanic__    Nationality: __American__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Leah Foley__     Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: __Spanish__

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/15/2021__     Signature of AUSA: *Leah B. Foley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Rafael Torres

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with intent to distribute and to distribute fentanyl and cocaine | 1 |
| Set 2 | 18 USC 1956(h) | Conspiracy to launder money | |
| Set 3 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____